**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AT & T CORP., | CASE NO. CV F 08-1087 LJO GSA |
| Plaintiff, | **ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |
| vs. | |
| ALLIED MANUFACTURING, INC., | |
| Defendant. / | |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;
2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division; and
3. VACATES all pending dates before this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   July 29, 2008**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1