**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| AT&T CORP., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED MANUFACTURING, INC., a/k/a ALLIED EXHAUST SYSTEMS, INC., a California corporation.<br><br>Defendants. | **Case No.: 08-CV-1745 JAM-GGH**<br><br>**ORDER GRANTING THE PARTIES JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** |

THIS MATTER, coming before the Court on Plaintiff's AT&T Corp., and Defendant, Allied Manufacturing, Inc., a/k/a Allied Exhaust, Inc.'s Joint Stipulated Motion for Extension of Time to Complete Discovery, the Court being fully advised in the premises;

THE COURT HEREBY GRANTS THE MOTION and orders that the parties shall complete all discovery by May 29, 2009. All other deadlines established by this Court's Status (Pre-Trial Scheduling) Order of October 23, 2008 shall remain the same.

Dated: April 2, 2009

BY THE COURT:

/s/ John A. Mendez       -------
U. S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com