**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

AT&T CORP., a New York corporation,

    Plaintiff,

  vs.

ALLIED MANUFACTURING, INC., a/k/a ALLIED EXHAUST SYSTEMS, INC., a California corporation.

    Defendants.

**Case No.: 08-CV-1745 JAM-GGH**

**ORDER GRANTING THE PARTIES SECOND JOINT STIPULATED MOTION FOR EXTENSION TIME TO COMPLETE DISCOVERY AND TO AMEND DATES IN THE COURTS SCHEDULING (PRE-TRIAL) ORDER**

**AS MODIFIED PER STIPULATION OF COUNSEL**

    THIS MATTER, coming before the Court on Plaintiff's AT&T Corp., and Defendant, Allied Manufacturing, Inc., a/k/a Allied Exhaust, Inc.'s Second Joint Stipulated Motion for Extension of Time to Complete Discovery and to Amend Dates in the Courts Scheduling (Pre-Trial) Order, and the Court being fully advised in the premises;

    THE COURT HEREBY GRANTS THE PARTIES JOINT MOTION and orders that the parties shall complete all discovery by June 15, 2009, and that the pre-trial conference currently scheduled for July 29, 2009 shall be conducted instead on August 28, 2009 at 3:00 P.M. The parties joint pretrial statement shall be filed on or before August 21, 2009. Jury trial in this matter is rescheduled for Monday, October 5, 2009 at 9:00 a.m.

    Dated: May 29, 2009

                        BY THE COURT:

                        /s/ John A. Mendez_____
                        U. S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com