UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AT&T CORP., a New York corporation, ) | Action No. 08-CV-01745 JAM-GGH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING** |
| ALLIED MANUFACTURING, INC., a/k/a ) | **STIPULATION OF DISMISSAL** |
| ALLIED EXHAUST SYSTEMS, INC., California) | **WITH PREJUDICE** |
| corporation ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

THIS MATTER, coming before the Court on Plaintiff's AT&T Corp., and Defendant, Allied Manufacturing, Inc., a/k/a Allied Exhaust, Inc.'s Stipulation of Dismissal with Prejudice, announcing that all matters between them have been fully compromised and settled, and the Court being fully advised in the premises;

It is, therefore, ORDERED and ADJUDGED that this lawsuit is DISMISSED WITH PREJUDICE.

It is further ORDERED and ADJUDGED that all costs and attorneys' fees will be paid by the party incurring same.

Dated:  09/23/2009

BY THE COURT:

/s/ John A. Mendez

U. S. District Judge

-1-

PROPOSED ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE
08-CV-01745 JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com